926

No. 294, Misc. McIntosh *v.* United States. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 306, Misc. Binkley *v.* Hunter, Warden. C. A. 10th Cir. Certiorari denied. *Donald H. Latshaw* and *Louis R. Gates* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for respondent.

No. 315, Misc. McIntosh *v.* Pescor, Warden. C. A. 6th Cir. Certiorari denied.

No. 330, Misc. Williams *v.* Ohio. Supreme Court of Ohio. Certiorari denied.

No. 340, Misc. Barnett *v.* Ragen, Warden. C. A. 7th Cir. Certiorari denied.

No. 349, Misc. Cook *v.* United States. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 354, Misc. White *v.* Nierstheimer, Warden, et al. Circuit Court of St. Clair County, Illinois. Certiorari denied.

No. 355, Misc. Stewart *v.* Chapman, Superintendent. Supreme Court of Florida. Certiorari denied. *Zachariah Hicklin Douglas* and *Samuel W. Getzen* for petitioner.